United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13186-elf |
| Eric Lamback | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 21, 2022 | Form ID: 309I | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Lamback, 751 Germantown Pike, Lafayette Hill, PA 19444-1620 |
| 14738823 | + | ABINGTON HOSPITAL, P.O. BOX 536146, PITTSBURGH, PA 15253-5903 |
| 14738824 | + | ABINGTON MEMORIAL HOSPITAL, 1200 OLD YORK ROAD, ABINGTON, PA 19001-3788 |
| 14738826 | + | AMERICAN EQUITY GROUP, 961 EAST MAIN STREET, SPARTANSBURG, SC 29302-2185 |
| 14738827 | + | AMERICAN RECOVERY CORPORATION, 34505 W. 12 MILE ROAD SUITE 33, FARMINGTON HILLS, MI 48331-3258 |
| 14738830 | + | AQUA AMERICA, 762 LANCASTER AVENUE, BRYN MAWR, PA 19010-3402 |
| 14738831 | + | ASHLEIGH LEVY MARIN ESQUIRE, 200 SHEFFIELD STREET, SUITE 101, MOUNTAINSIDE, NJ 07092-2315 |
| 14738833 | + | AUTO EQUITY LOANS OF DE, 1241 CHURCHMANS ROAD, NEWARK, DE 19713-2149 |
| 14738835 | + | BARDEN THORWARTH AND DAUGHTRIDGE, P.O. BOX 3190, DUBLIN , OH 43016-0089 |
| 14738836 | + | BARDEN, THORWARTH, DAUGHTRIDGE, LTD, 8835 GERMANTOWN AVENUE, PHILADELPHIA, PA 19118-2718 |
| 14738839 | + | CEP AMERICA, 2100 POWELL STREET SUITE 400, EMERYVILLE, CA 94608-1872 |
| 14738840 | #+ | CHARLES G. WOHLRAB, ESQUIRE, 1108 LUCAS LANE, VOORHEES, NJ 08043-2559 |
| 14738841 | + | CONVERGENT OUTSOURCING, P.O. BOX 15618, WILMINGTON, DE 19850-5618 |
| 14738864 | | H.A. Berkheimer Tax Administrator, Bankruptcy Notices, 50 North 7th Street, Bangor, PA 18013-1798 |
| 14738860 | + | Innovis Data Solutions, 250 E. Broad St., Columbus, OH 43215-3708 |
| 14738861 | + | Innovis Data Solutions, Inc., 221 Bolivar Street, Jefferson City MO 65101-1572 |
| 14738846 | + | JEFFERSON HEALTH, 833 CHESTNUT ST. SUITE 115, PHILADELPHIA, PA 19107-4401 |
| 14738865 | + | Montgomery County Tax Claim Bureau, P.O. Box 190, Norritown PA 19404-0190 |
| 14738848 | + | NEW PENN FINANCIAL LLC, 1100 VIRGINIA DRIVE, SUITE 125, FORT WASHINGTON, PA 19034-3235 |
| 14738853 | + | TOWER HEALTH, P.O. BOX 16051, READING, PA 19612-6051 |
| 14738862 | + | TransUnion Corporation, 1510 Chester Pike, Crum Lynne, PA 19022-1471 |
| 14738854 | + | U.S. BANK N.A. TRUSTEE, P.O. BOX 5229, CINCINATTI, OH 45201-5229 |
| 14738856 | + | WEED MAN, 3847 OAK ORCHARD ROAD, ALBION, NY 14411-9536 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mwglaw@msn.com | Dec 22 2022 00:31:00 | MICHAEL W. GALLAGHER, M.W. Gallagher Esquire, 600 West Germantown Pike, Suite 400, Plymouth Meeting, PA 19462 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Dec 22 2022 00:31:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2022 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 22 2022 05:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy |

Case 22-13186-elf   Doc 14   Filed 12/23/22   Entered 12/24/22 00:32:02   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 309I | Total Noticed: 50 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 22 2022 00:31:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14738825 | + | Email/Text: bankruptcy@acacceptance.com | Dec 22 2022 00:31:00 | AMERICAN CREDIT ACCEPTANCE, 961 EAST MAIN STREET, SPARTANSBURG, SC 29302-2185 |
| 14738828 | + | Email/Text: bk@amosfinancial.com | Dec 22 2022 00:31:00 | AMOS FINANCIAL LLC, 3330 SKOKIE VALLEY ROAD, SUITE 301, HIGHLAND PARK , IL 60035-1044 |
| 14738829 | ^ | MEBN | Dec 22 2022 00:27:18 | APEX ASSET MANAGEMENT LLC, 2501 OREGON PIKE, LANCASTER, PA 17601-4890 |
| 14738832 | + | Email/Text: bknotices@acsrecovery.com | Dec 22 2022 00:31:00 | ASSOCIATED CREDIT SERVICES, P.O. BOX 1201, TEWKSBURY, MA 01876-0901 |
| 14738834 | + | Email/Text: bk@avant.com | Dec 22 2022 00:31:00 | AVANT/WEB BANK, 222 NORTH LASALLE STREET SUITE 1600, CHICAGO, IL 60601-1112 |
| 14738837 | + | EDI: CAPONEAUTO.COM | Dec 22 2022 05:29:00 | CAPITAL ONE AUTO FINANCE, 7933 PRESTON ROAD, PLANO, TX 75024-2302 |
| 14738838 | + | EDI: CAPITALONE.COM | Dec 22 2022 05:29:00 | CAPITAL ONE BANKRUPTCY DEPARTMENT, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14738842 | + | EDI: CCS.COM | Dec 22 2022 05:29:00 | CREDIT COLLECTION SERVICES, 725 CANTON STREET, NORWOOD, MA 02062-2679 |
| 14742647 | + | EDI: AIS.COM | Dec 22 2022 05:29:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14738857 | ^ | MEBN | Dec 22 2022 00:27:24 | Equifax Credit Information Services, Inc, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14738858 | ^ | MEBN | Dec 22 2022 00:27:17 | Experian, P.O. Box 9701, Allen, TX 75013-9701 |
| 14738859 | ^ | MEBN | Dec 22 2022 00:27:20 | Experian Information Systems, Attn: Dispute Department, P.O. Box 2002, Allen, TX 75013-2002 |
| 14738844 | | EDI: AMINFOFP.COM | Dec 22 2022 05:29:00 | FIRST PREMIER BANK, P.O. BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 14738843 | + | EDI: AMINFOFP.COM | Dec 22 2022 05:29:00 | FIRST PREMIER BANK, 3820 NORTH LOUISE AVENUE, SIOUX FALLS, SD 57107-0145 |
| 14738845 | | EDI: IRS.COM | Dec 22 2022 05:29:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14738847 | + | Email/Text: bankruptcy@ncaks.com | Dec 22 2022 00:31:00 | NATIONAL CREDIT ADJUSTORS, P.O. BOX 3023, HUTCHINSON, KS 67504-3023 |
| 14738849 | | EDI: PENNDEPTREV | Dec 22 2022 05:29:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14738849 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2022 00:31:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14738850 | + | Email/Text: customerservice@rfgionline.com | Dec 22 2022 00:31:00 | ROZLIN FINANCIAL GROUP, INC., 1628 DEKALB AVENUE, SYCAMORE, IL 60178-2706 |
| 14738851 | + | Email/Text: DeftBkr@santander.us | Dec 22 2022 00:31:00 | SANTANDER BANK N.A., 450 PENN STREET MC:PA 450-FB1, READING, PA 19602-1011 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 309I | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| 14738852 | Email/Text: bkteam@selenefinance.com | Dec 22 2022 00:31:00 | SELENE FINANCE LP, P.O. BOX 8619, PHILADELPHIA, PA 19101-8619 |
| 14738863 | ^ MEBN | Dec 22 2022 00:27:17 | TransUnion Consumer Solutions, P.O. Box 2000, Chester PA 19016-2000 |
| 14738855 | + Email/Text: bankruptcytn@wakeassoc.com | Dec 22 2022 00:31:00 | WAKEFIELD & ASSOCIATES, P.O. BOX 51272, KNOXVILLE, TX 37950-1272 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL W. GALLAGHER | on behalf of Debtor Eric Lamback mwglaw@msn.com  mwglaw1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Eric Lamback**<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–1455<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 13    11/29/22 |
| Case number: | 22–13186–elf | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eric Lamback | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 751 Germantown Pike<br>Lafayette Hill, PA 19444 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL W. GALLAGHER<br>M.W. Gallagher Esquire<br>600 West Germantown Pike<br>Suite 400<br>Plymouth Meeting, PA 19462 | Contact phone 484–679–1488<br><br>Email: mwglaw@msn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 12/21/22 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 8, 2023 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** **The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** <br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/9/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/7/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/30/23** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $4133.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on: **3/14/23** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |